NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AKEEM ANTONIO JONES,                )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D17-3076
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____)

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; James A. Yancey, Judge.

PER CURIAM.

                Affirmed.

KELLY, VILLANTI, and KHOUZAM, JJ., Concur.